IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 21-cv-00258-PAB-NRN

SUNNAH MADDOX,

    Plaintiff,

v.

JUSTIN STERETT, M.D., and
UNITED STATES OF AMERICA,

    Defendants.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge N. Reid Neureiter filed on February 11, 2022 [Docket No. 46]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 46 at 3-4; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on February 11, 2022. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1.  The Recommendation of United States Magistrate Judge N. Reid Neureiter [Docket No. 46] is **ACCEPTED**;

    2.  This case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown;

    3.  Defendant United States' Motion to Dismiss Federal Tort Claims Act and Injunctive Relief Claims [Docket No. 29] is **DENIED as moot**;

    4.  Defendant Justin Sterett's Motion to Dismiss *Bivens* Claim Pursuant to Rule 12(b)(6) [Docket No. 32] is **DENIED as moot**; and

    5.  Defendant Justin Sterett's Motion for Summary Judgment [Docket No. 33] is **DENIED as moot.**

    DATED March 4, 2022.

                                          BY THE COURT:

                                          PHILIP A. BRIMMER
                                          Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).